

July 16, 2019

**<u>VIA ECF</u>**

The Honorable Magistrate Judge Peggy Kuo
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Chambers Room 1230
Brooklyn, New York 11201

   RE: Burnett v. CORE Services Group, Inc.
     <u>Civil Action No. 1:19-cv-01456-FB-PK</u>

Dear Judge Kuo:

   This firm represents Defendant CORE Services Group, Inc. ("Defendant") in the above-referenced matter. The parties write jointly to report that a settlement in principal has been reached in this matter that will be subject to a more formal written confidential settlement agreement to be agreed upon and executed by the parties. Thank you for Your Honor's assistance with this matter. Please do not hesitate to contact us if Your Honor has any questions.

     Respectfully submitted,

     NUKK-FREEMAN & CERRA, PC

     */s/Ryan S. Carlson*

     Ryan S. Carlson, Esq.

cc: Melissa Ader, Esq. (All Counsel of Record via Electronic Filing)

