EXHIBIT A
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK BURNETT,<br><br>Plaintiff,<br><br>-against-<br><br>CORE SERVICES GROUP, INC,<br><br>Defendant. | Civil Action No.: 1:19-cv-01456 (FB) (PK)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**THIS MATTER** having been commenced before this Court by Plaintiff Patrick Burnett ("Plaintiff"), and the matters in difference having been resolved by and between Plaintiff and Defendant, CORE Services Group, Inc. ("Defendant"), it is hereby stipulated and agreed by the undersigned, that the within matter be and is hereby dismissed with prejudice by Plaintiff as to Defendant without costs to any party.

THE LEGAL AID SOCIETY
*Attorneys for Plaintiff Patrick Burnett*

By: _____
Melissa S. Ader, Esq.

Date: July 30, 2019

WASHINGTON SQUARE LEGAL SERVICES, INC.
*Attorneys for Plaintiff Patrick Burnett*

By: _____
Laura Sager, Esq.

Date: July 30, 2019

NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Defendant CORE Services Group, Inc.*

By: _____
Ryan S. Carlson, Esq.

Date: July __, 2019

August 8, 2019

98650-012/00281058-1      98650-012/00277243-2      12